E-FILED
Thursday, 17 April, 2008  09:40:57 AM
Clerk, U.S. District Court, ILCD
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

APR 1 5 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GREGORY HICKMAN,                          )
                                          )
                Plaintiff,                )
                                          )
        v.                                )     CIVIL ACTION NO. 08-3031
                                          )
MICHAEL J. ASTRUE,                        )
COMMISSIONER OF SOCIAL SECURITY,          )
                                          )
                Defendant.                )

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

In accordance with the provisions of Title 28, U.S.C. §636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a qualified United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____          _____
PLAINTIFF'S SIGNATURE                     DEFENDANT'S SIGNATURE
                                          4-15-2008
10 Apr 2008                               _____
DATE                                      DATE

_____          _____
PLAINTIFF'S SIGNATURE                     DEFENDANT'S SIGNATURE
10 Apr 2008                               _____
DATE                                      DATE

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Charles H. Evans for all further proceedings and the entry of judgment in accordance with Title 28, U.S.C. § 636(c) and the foregoing consent of the parties.

_____04-16-08_____                    _____s/Jeanne E. Scott_____
DATE                                      JEANNE E. SCOTT
                                          UNITED STATES DISTRICT JUDGE